FILED

JAN 26 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____BT_____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Plaintiff Lowell Green #00518622

SA23CA0114

v.                              Case No. _____

JKP

Defendant Unknown Defendants

_____

Please See Complaint
Attached

Green v. Warden Michael Butcher et al.
Case No. 4:19-CV-942                    Page 1 of 14

1. The Western District of Texas has Jurisdiction under U.S. Const. amend. XIV. "Nor shall any state deprive any person of life, liberty, or property, without due process of law."

2. WESTERN OF TEXAS (UNITED) STATES CORPORATION. Ku Klux Klan Act April 20, 1871, Jurisdictional grant. Congress shall have Authority, pursuant to constitutional authorization, has conferred specific categories of jurisdiction upon the Federal Courts, and with this principle, that "When a Federal Court is properly appealed to in a case

3. Lowell Quincy Green v. Warden Michael Butcher, et al. No. 1940. Justice of the Peace Darrell Longino, Filed 101 W. Mills St. #279 (411 Dist. Court) Livingston, Texas 77351 (Polk County) Judge Kaycee L. Jones. (FALSE IMPRISONMENT on Polunsky Unit, she recommended Federal Claims. No. 4:19-CV-942

Page 1. Lowell Green 1/19/2023

Page 3 of 14

(N.D. Ft. Worth Division)

Judge John McBride (Obstruction) of the United States Constitution Fourteenth Amendment and he even retained (LOWELL DEQUINCY GREEN) 3753 Bernal Drive Dallas, Texas 75212 (291st) District Court Dallas County, Texas November 17, 1982 (Aggravated) Robbery (TYC) SID-TX03080024 (LIFE SENTENCE) PASO.

4) IMPRISON (P.O. Box 99 Huntsville, Texas 77342 State (Justification) Charley Valdez, Joni V. White, Cynthia Henderson, Ms. Goodlow, Ms. Galitia Ms. Bennett, Ms. Richardson (FALSIFICATION) OF COMMITMENT JUDGMENT (Parole Board) violated the United States Constitution (EX POST FACTO) Clause. U.S. Const. Article 1, §10. (Lowell Quincy Green) was sentence to (5) years (Plea-Bargain) DOJ (TX 2360650) Dallas County Sheriff Office (TX 0570000) FBI NO. D7689 (602) 312 5 Hall
Page 3. L.Q.G. 1/19/2023

Clerk, U.S. District Court
Western District of Texas
262 West Nueva Street
San Antonio, Texas 78207

Lowell A Green #518622
Connally Unit
899 FM 632
Kenedy, TX 78119

SPECIAL MAIL
Open Only in the
Presence of Judge-FB

BE (HONORED) 4:19-CV-942, BY ALL JUDGES, EVERYWHERE ~~[redacted]~~ Page 3 of 14 [411 U.S. 515] by jurisdiction, it is its duty to take such jurisdiction UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS 262 W. Nueva, Suite 1-400 San Antonio, Texas 78207

5. Lowell Quincy Green (Natural) United States Citizen DOB: 05/13/1965 Social Security Number Last Four Digest 3440,

6. The FBI Chief Scott A. Ryan will testify ~~[scribbled out lines]~~

7. ~~[scribbled]~~ Lowell DeQuincy Green (283rd) District Court of Dallas County, Texas (3753 Bernal Drive 75212, Cause No. F89-97008-AT, Tex. Penal Code § 31.07 (UUMV) May 23, 1989-Aug. 10, 1989 (30) Years (TDC) Green v. State, 05-89-01170-CR Dallas Fifth Court of Appeals June 11, 1990) affirmed and December

Page 4, see other side
1/19/2023

12, 1990, Court of Criminal Appeals. 0/06/24,

(8) P.DR NO. 0592-90, and the Green Filed State habeas corpus, NO. 82,901-07 (F82-90247-RJ, F84-97008-VA) Mailbox Rule Coffield Unit. Ms. S. Dorsey Supervisor, Feb. 07, 2018. Green v. Davis, NO. 6:16-CV-1261 (E.D.Tex. Nov. 02, 2016) Contempt Magistrate Judge K. Nicole Mitchell,

(9) Green v. Warden Cooper. 6:16cv-1261 (Contempt) (Ron Clark - K. Nicole Mitchell)

(10) Green v. K. Nicole Mitchell, et al. NO. 3:19-cv-0016 (N.D.Tex. David) (Contempt) (Sam Cummings, Irma Corrilla Ramirez) Civil Conspiracy,

(11) Green v. Bobby Lumpkins. 3:20-cv-02768 (N.D.Tex. 2020) WE-82,901-13 (A. Joe Fish, David L. Horan) (Contempt) 4:19-cv-942. They are sued for conspiracy $15Million Dollars. Leclerc v. Webb, 419 F.3d 405, 414 (5th Cir. 2005) Carlson v. Green. 446 U.S. 14, 18-22 (1980) Authorized Payment Now as a Right

Page 5 of 14

18 USC §241, 242, "NO" Federal government employee can violate the Constitution and continue illegally restraining a Citizen because he exposed their illegal acts. So now they are personally, vindictively, Maliciously punishing Green by & helping the State of Texas Corporation defeat the UNITED STATES CORPORATION. DS-89-01170-CR (3:20-cv-02768) Page 2 David L. Horan Green v. Davis NO. 3:18-cv-145-M-BS, 2019 WL 487675, at * (N.D. Tex. Jan. 17 2019) rec. accepted, 2019 WL 486169 (N.D. Tex. Feb. 7, 2019)(dismissing claims as procedurally barred). If Green is Page 5. Louisiana stat

Hon. Jason Pulliam

OFFICE OF ADMINISTRATIVE Clerk
UNITED STATES DISTRICT COURT
262 W. Nueva Street #1-400
San Antonio, Texas 75207

Owall D. Grant # 51816622
mcelly unit
99 fm 632
Iowa Park TX 76367

SPECIAL MAIL
— THE CORRESPONDENCE
NOT ADDRESS TO YOU. THAT
ANS IT IS NOT FOR YOU.
CHIEF SCOTT B. BAGO " AUTHORITY.

again (3:20-cv-02768) challenging his (Dallas County Conviction,) his claims are successive. David L. Horan United States Magistrate Judge, did the same (illegal) act on (NO. 3:18-cv-0339) illegal restraint. David L. Horan is a Defendant with A. Joe Fish, Barbara M.G. Lynn, Rebecca T. Rutherford, Ed Kinkeady, Renee Toliver Harris, Sam Cummings, Irma Carrillo-Ramirez, Jane J. Boyle (all) the clerk, NO. 3:20-cv-03654 (Congress) did not grants immunity to Civil Conspiracy, Bivens Actions, and unlawfully restraining a BLACK Man without authority to do so, is a Federal Crime.

Page 6. see other side



Page 7 of 14

U.S. v. Otherson, C.A.9 (Cal.) 1980, 637 F.2d 1276 (applies to actions of federal officials taken under color of federal law) cert. denied, 102 S.Ct. 149, 454 U.S. 840, 70 L.Ed. 2d 123, U.S.Tex., Dennis v. Sparks, 1980, 101 S.Ct. 183, 449 U.S. 24, 66 L.Ed.2d 185,

(12.) Fourteenth Amendment

(3:20-cv-02768) 28 USC § 2254 was not a (§2254), it was writ of Quo-Warranto challenging (Rebecca T. Rutherford) 3:18-cv-1459-m- Document 21 Oct. 15, 2018

Lowell A. Grant
Connally Unit
999 fm 632
Kenedy tx 78119

SPECIAL MAIL OPEN IN JDC'S POSSESSION

Page 7, 1/19/23

Page 8 of 14

(She Changed) TDCJ-ID NO. 518622 during habeas corpus (Show Cause) to TDCJ-ID NO. "0193900" Fraudulent Concealment, Document 19-10322 (5th Cir) Judicial Complaint Lowell Quincy Green Filed against United States District Judge Rebecca K. Rutherford, alleged that she violated her Oath of-Office, under Art. VI. Chief Judge Carl E. Stewart (3:20zv-02760) he will testify under Oath, and Polunsky Unit Correctional Officers, Ms. Allen, Ms. Beck, Ms. Harris, Mr. Gomez, Mr. K. Stahart, Ms. Paloma A. Deltoro, Ms. Yadira Padilla,

Page 8. 1/14/202—
OTHER SIDE

Page 9 of 14

<u>Ad/seg. Officer with official Knowledge, 4:14cv-942.</u>

(13) Defendant's shall establish their lawful jurisdiction over Lowell DEQUINCY GREEN (<u>Corporation</u>), 28 U.S.C § 1332(c)(i) A Corporation is a Citizen of it's state(s) of Incorporation and of the state in which its principal place of business is located, <u>U.S. Marshal's (Nov. 10, 2002) Milwaukee WI,</u> (arrested) <u>Lowell Quincy Green. NO. 4:19cv-774</u> <u>(Unlawfully removed (Nov. 21, 2002)</u> <u>from his Domicile, CK 5(Red.)1971.</u> Where jurisdiction depends upon domicile, that question is always

Page 9.
Lrd 1/19/2023

Page 10 of 14

Open to ~~reconsideration~~ re examination, even upon contradictory evidence, Diehl v. U.S. 438 F.2d 705, Cert. denied 92 S.Ct. 67, 404 U.S. 830, 30 L.Ed.2d 59. Courts 38. Grounds for questioning jurisdiction, Tex. App - Dallas 2003. A defendant challenging a Texas Courts ~~jurisdiction~~ personal jurisdiction over it must negate all jurisdictional bases. John Doe 1 v. Roman Catholic Archdiocese of St. Louis ex rel Djael, 109 S.W.3d 428

(19) Legal Claim False Imprisonment
(Records) F82-90297-RV (void) 9/21/1982, F86-69627-KV (void) F89-97008-IT (void) WR-82,981-07,
(15) (3:10CV-1459-M-BX) (illegality) 19-10322 Discharged

Page 10.   see other side

[signature]



May 23, 2019 (Polunsky unit)

1994-659 (void) McLennan County (25 years) Jan. 02, 1994 (illegality) XLUR-82-987 08 (4:19-cv-00051) Jan. 02, 2019

(Dismissed) (6:19-cv-008)(3:18-cv-3309)

(David L. Horan)(3:18-cv-3309)

Cause no. 087212bA (VOID)

Nov. 10, 2002, Milwaukee Wisconsin County Jail, Lowell Quincy Green (Citizen) Corporation, Law Abiding Taxpayer, Truck Driver, Wife;

From @ U.S. Marshal's Texas (Nov. 21, 2002)

Lowell A. Green #1862 Connally unit 899 FM 632 Kenedy TX 78119

SPECIAL MAIL OPEN IN JUDGES PRESENCE ONLY

U.S. District Clerk Western District of Texas 262 W. Nueva St. San Antonio TX 78207

1/19/2023

Page 11. C.G.

(087212 6D/N) Byrd unit Huntsville Texas, Warden Goodman, David Lincoln, Mr. Clayton, Brenda Smith-Green, Shatida Smith,

19) Charging officer Tarrant County Sheriff Deputy Lomper (Refused), he deceived the U.S. Marshal,

20) CPS Caseworker Ms. Maxey (Refused) she deceived the U.S. Marshal (087216 D/N) (Void)

21) Complainants @ Kayla Smith (Refused) she deceived U.S. Marshal, WR-82,981-10

(@ 3rd Dist. Court, May 27, 2004 (Void) Public defender Brenda Hansen, Judge Elizabeth Berry, D.A. Tim Curry (FRAUD) Judgement,

Page 12, see other side

(4:19-cv-774) Domicile not Texas,
(4:19-cv-942) I hereby chal-
lenge the 5th Circuit. 18-20044
(2012-791-22) WR-82,981-04
(6:16-cv-298 void) 25 years (2/05/2012)
16-51098 (2012-790-22) W82,981-03
(void) 25 years (3/19/2012)
(6:15-cv-366) (WR-82,981-11)
(4:20-cv-02585) (22-20131)
(WR-82,981-10) (2012-790-22) Pending
16-50522 (2012-709-22) (void) Life
Sentence (WR-82,981-02) 6:15-cv-285
(6:17-cv-295) 17-50973, FINAL

I declare under penalty of perjury that the foregoing

Page 13. 1/19/2023

Page 14 of 14

that the foregoing information is true and correct. 28 USC § 1746. *Lowell Q. Green*

Lowell Q. Green #518622
Connally Unit
899 FM 632
Kenedy, Texas 78119

I DEMAND JUSTICE TO BE SERVED IMMEDIATELY. There is need to politic and debate the defendants already did it that judicial legislation I HAVE A RIGHT TO BE FREE Jan. 19, 2022

I NEED SOME PAPER AND SOME MONEY. ATTORNEY FEES FOR MY LITIGATION, 1/19/2023

Page 14.